# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br>*Plaintiff,*<br><br>VS.<br><br>ACER INC.,<br>ACER AMERICA CORP.,<br>AU OPTRONICS CORP., and<br>AU OPTRONICS CORP. AMERICA,<br>*Defendants.* | Civil Action No. 1:13-cv-12325-PBS |

## JOINT MOTION TO DISMISS DEFENDANTS ACER INC. AND ACER AMERICA CORP.

Plaintiff Trustees of Boston University ("Plaintiff") and Defendants Acer Inc. and Acer America Corp., (collectively "Defendants") have settled Plaintiff's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendants, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 10, 2014

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

ACER INC. and ACER AMERICA CORPORATION

*/s/ David A. Barry*
David A. Barry, BBO No. 031529
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114-4737
Tel:  617-227-3030
Fax: 617-523-4001
barry@srbc.com

Hsiang ("James") Lin (admitted *pro hac vice*)
Fatima Alloo (admitted *pro hac vice*)
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA  94131
Tel: (415) 816-9525
jlin@techknowledgelaw.com
falloo@techknowledgelaw.com